I vote to reverse the judgment appealed from and to deny defendant's motion to dismiss the complaint.

Dore, J. P., Cohn, Shientag and McCurn, JJ., concur in decision; Van Voorhis, J., dissents and votes to reverse the judgment and to deny defendant's motion to dismiss the complaint, in opinion.

Judgment affirmed, with costs. No opinion.

CORINNE C. WATERMAN, Appellant, v. SAUL SCHATTEN et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn, Van Voorhis and McCurn, JJ. [See *post*, p. 936.]

CORINNE C. WATERMAN, Appellant, v. SAUL SCHATTEN et al., Respondents.— Orders unanimously affirmed. No opinion. Present — Peck, P. J., Dore, Cohn, Van Voorhis and McCurn, JJ. [Orders (1) denied motion for order directing defendants to surrender certain papers, etc., and (2) granted reargument but adhered to original decision.]

CORINNE C. WATERMAN, Appellant, v. SAUL SCHATTEN et al., Respondents.— Orders unanimously affirmed. No opinion. Present — Peck, P. J., Dore, Cohn, Van Voorhis and McCurn, JJ. [Orders (1) denied motion for order adjudging named persons in contempt and (2) granted reargument but adhered to original decision.]

CORINNE C. WATERMAN, Appellant, v. SAUL SCHATTEN et al., Respondents.— Order unanimously affirmed. No opinion. Present — Peck, P. J., Dore, Cohn, Van Voorhis and McCurn, JJ. [Order denied motion for order nullifying judgment dismissing complaint.]

CORINNE C. WATERMAN, Appellant, v. SAUL SCHATTEN et al., Respondents.— Order unanimously affirmed. No opinion. Present — Peck, P. J., Dore, Cohn, Van Voorhis and McCurn, JJ. [Order granted reargument of motion for relief by mandamus and injunction and for order permitting copy of minutes of proceedings in hospital and adhered to original decision denying motion.]

BROADWAY & FORTY-FIRST STREET BUILDING CORP., Respondent, v. OSCAR ABEL, INC., Appellant.— Determination unanimously affirmed, with costs to respondent. No opinion. Present — Dore, J. P., Cohn, Van Voorhis, Shientag and McCurn, JJ.

MACEO PINKARD et al., Appellants, v. ROBBINS MUSIC CORPORATION, Respondent.— Judgment affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ.; Peck, P. J., and Shientag, J., dissent and vote to reverse and order a new trial on the ground that the case should have been submitted to the jury. (See *Nelson* v. *Mills Music., Inc.*, *ante*, p. 311, decided herewith.)